IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR21 |
| vs. | **ORDER** |
| GERARDO HERNANDEZ, | |
| Defendant. | |

This case comes before the Court on Defendant's Motion for the Return of Property Seized ([Filing No. 64](#)). The United States does not oppose the motion to the extent it seeks return of $6,075.00 and a cellular phone seized from Defendant. ([Filing No. 69](#)). The Court finds this property should be returned to Defendant. Accordingly,

**IT IS ORDERED** that Defendant's Motion for the Return of Property Seized ([Filing No. 64](#)) is granted in part. The Omaha Police Department shall return to Gerardo Hernandez, or to his designee, Adriana Amaro, $6,075.00, and a black/silver cellular telephone previously seized from him on or about August 24, 2017 (RB# J91971).

Dated this 10th day of October, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge