IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR21 |
| vs. | |
| GERARDO HERNANDEZ, | MOTION TO EXTEND |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the District of Nebraska, and hereby moves the Court for additional time in which to file its response to the Defendant's Motion Under 28 U.S.C. § 2255. (Filing No. 79). In support of this motion, the government shows as follows:

1. Defendant's former counsel has been contacted and asked to provide an affidavit to include in the government's response. Additional time is needed for him to review his case file and transcripts and to prepare the affidavit.

WHEREFORE, the United States respectfully requests a 30-day extension to March 22, 2021, in which to file its response to the Defendant's Motion.

UNITED STATES OF AMERICA

JOSEPH P. KELLY
United States Attorney

By: *s/Kimberly C. Bunjer*
KIMBERLY C. BUNJER #20962
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

CERTIFICATE OF SERVICE

  I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record. I further certified a true and correct copy was sent via U.S. Mail to the following non-ECF participant:

Gerardo Hernandez #30434-047
FCI-FORREST CITY LOW
Inmate Mail/Parcels
P.O. Box 9000
Forrest City, AR 72336
Federal Correctional Institute

                s/Kimberly C. Bunjer
                KIMBERLY C. BUNJER
                Assistant United States Attorney