IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO HERNANDEZ,<br><br>Defendant. | 8:18CR21<br><br>**JUDGMENT** |

    In accordance with the Memorandum and Order entered today (Filing No. 96), Gerardo Hernandez's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 79) is denied.

    Dated this 23rd day of August 2021.

                                                 BY THE COURT:

                                                 Robert F. Rossiter, Jr.
                                                 Chief United States District Judge