IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO HERNANDEZ,<br><br>Defendant. | 8:18CR21<br><br>ORDER |

This matter is before the Court on defendant Gerardo Hernandez's ("Hernandez") Motion for Permission to Appeal in Forma Pauperis. Federal Rule of Appellate Procedure 24(a)(3) provides that a party "who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal [IFP] without further authorization" unless the Court certifies that the appeal is not taken in good faith or finds the party is not otherwise entitled to proceed IFP on appeal. *See also* 28 U.S.C. § 1915(a). Hernandez was financially unable to obtain counsel in his case, and the Court (1) declines to certify that Hernandez's appeal has not been taken in good faith and (2) finds no other reason that Hernandez should not be entitled to proceed IFP on appeal. Accordingly, Hernandez is authorized to proceed in forma pauperis on appeal.

IT IS SO ORDERED.

Dated this 26th day of October 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge