PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Gerardo Hernandez

Crim. No.  8:18CR00021

On  October 4, 2019  the above named was sentenced to 135 months custody to be followed by five years of supervised release. On August 8, 2022, the above named died while in the custody of the Bureau of Prisons. Because of Mr. Hernandez' death, it is recommended the supervised release portion of his sentence be terminated.

Respectfully submitted,

*Aaron C. Kurtenbach*

Aaron C. Kurtenbach, Assistant Deputy Chief

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  16th  day of  August , 20 22 .

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief U.S. District Court Judge